## ** CIVIL MOTION MINUTES **

Date: 04/18/2014  
Time: 2:45PM – 3:01PM (0:16)  
       3:12PM – 3:36PM (0:24)

Civil Action No.: 1:12-CV-01289  
Judge: T.S. Ellis, III  
Reporter: Michael A. Rodriquez

**JEFFREY KANTOR**

**v.**

**APPIAN CORPORATION**

Appearance of counsel:

       (X) Plaintiff: Stephen C. Swift  
       (X) Defendant: Anessa Abrams & B. Patrice Clair

RE:    Motions in Limine; Motion for Summary Judgment

Argued &:  
(**X**) Granted        ( ) Denied        ( ) Granted in part/Denied in part  
( ) Taken Under Advisement    ( ) Continued to  
( ) Report and Recommendation to Follow  
(**X**) Order to Follow

The motions in limine are rendered moot.