IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JEFFREY KANTOR, <br> Plaintiff, | ) <br> ) <br> ) |
| v. | ) Case No. 1:12-cv-1289 <br> ) |
| APPIAN CORPORATION, <br> Defendant. | ) <br> ) <br> ) |

## ORDER

The matter came before the Court on defendant's motion for summary judgment (doc. 105) and defendant's motions in limine (docs. 113, 115, 117, 119, 121, 123).

For the reasons stated from the Bench, and for good cause,

It is hereby **ORDERED** that defendant's motion for summary judgment (doc. 105) is **GRANTED**.

It is further **ORDERED** that defendant's pending motions in limine (docs. 113, 115, 117, 119, 121, 123) are **DENIED AS MOOT**.

The Clerk is directed to enter judgment in accordance with this Order, for defendant and against plaintiff, pursuant to Rule 58, Fed. R. Civ. P.

The Clerk is directed to send a copy of this Order to all counsel of record, and to place this matter among the ended causes.

Alexandria, VA
April 18, 2014

/s/
_____
T. S. Ellis, III
United States District Judge